IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN DAVIS,                                   )
                                               )
        Plaintiff,                             )        Civil No. 23-578
                                               )         Judge Marilyn J. Horan/
        v.                                     )        Magistrate Judge Kezia O. L. Taylor
                                               )
                                               )
JOHN DOE, *Parole Board Member*, and           )
JOHN DOE, *Parole Board Membe*r, et al.        )
                                               )
        Defendants.                            )

**ORDER**

On May 6, 2024, the Court entered an Opinion and Order dismissing the Second Amended Complaint without leave to amend.  ECF No. 42.  The Court determined that Plaintiff's claims against Parole Board member Defendants are barred by *Heck's* favorable termination rule and, additionally, said Defendants are entitled to absolute immunity.  With respect to the remaining John Doe Defendants, the following Order is hereby entered.

AND NOW, this 7th day of May 2024, because the Court's Opinion and Order applies in equal force to the two unidentified John Doe Defendants, identified as Parole Board members, it is ordered that the John Doe Defendants are hereby dismissed pursuant to 28 U.S.C. § 1915A.

                                        __s/*Marilyn J. Horan*_____
                                        Marilyn J. Horan
                                        United States District Court Judge

Kevin Davis, pro se
QQ-0944
SCI Fayette
48 Overlook Drive
LaBelle, PA 15450-1050